```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TRENDTEX FABRICS, LTD.,

                Plaintiff,

     - against -                              O R D E R

PARADOX NYC, INC. and BRIDGETTE               21 Civ. 5186 (NRB)
MORPHEW,

                Defendants.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff filed a complaint on June 11, 2021, and

    **WHEREAS** we have informed plaintiff's counsel by letter, dated August 10, 2021, of plaintiff's obligation to effect service within 90 days of filing (see Fed. R. Civ. P. 4(m)), and

    **WHEREAS** plaintiff has not filed an affidavit of service with respect to any defendant; it is hereby

    **ORDERED** that plaintiff's complaint is dismissed without prejudice.

Dated:    New York, New York
           September 16, 2021

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE